IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00169-BNB

FREDRICK ABRAM,
  Applicant,

v.

KEVIN MILYARD, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,
  Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 7 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant Fredrick Abram is a prisoner in the custody of the Colorado Department of Corrections at the Sterling Correctional Facility in Sterling, Colorado. Mr. Abram initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. In an order filed on January 28, 2008, the Court denied Mr. Abram leave to proceed *in forma pauperis* and directed him to pay the $5.00 filing fee within thirty days if he wished to pursue his claims in this action.

On February 4, 2008, Mr. Abram filed an "Application for Stay of Proceedings" in which he asks the Court to stay the instant action while he exhausts state court remedies for certain claims he wishes to raise in this action. The request for a stay in order to exhaust state court remedies will be denied.

Also on February 4, Mr. Abram filed a response to the Court's January 28 order. Mr. Abram alleges in the February 4 response that he lacks sufficient funds to pay the $5.00 filing fee and he asks the Court to reconsider the order denying him leave to

proceed *in forma pauperis*. Although Mr. Abram alleges in the February 4 response that a copy of his inmate trust fund account statement is attached, no account statement was submitted to the Court with the February 4 response. On February 14, 2008, Mr. Abram filed a second response to the Court's January 28 order. In the February 14 response, Mr. Abram again alleges that he lacks sufficient funds to pay the $5.00 filing fee and asks the Court to reconsider the order denying him leave to proceed *in forma pauperis*. Mr. Abram also attaches to the February 14 response a copy of his inmate trust fund account statement that indicates he had a balance of $6.12 in his inmate account on February 11, 2008. Mr. Abram has not paid the $5.00 filing fee as directed.

Upon consideration of the responses submitted by Mr. Abram, the Court finds no reason to reconsider the January 28 order denying him leave to proceed *in forma pauperis* in this action. The Court denied Mr. Abram leave to proceed *in forma pauperis* based on the fact that the balance in his inmate account when he filed the instant action was $71.03. Although the balance in Mr. Abram's account as of February 11, 2008, was only $6.12, that does not change the fact that he had sufficient funds to pay the filing fee when he initiated this action. Furthermore, the February 11 account statement demonstrates that Mr. Abram still has sufficient funds to pay the $5.00 filing fee. The February 11 account statement also reveals that a total of $55.37 was deposited into Mr. Abram's account in two deposits on February 4 and 6, 2008. Therefore, Mr. Abram's request for reconsideration will be denied and the instant action will be dismissed for failure to pay the filing fee. Accordingly, it is

ORDERED that the "Application for Stay of Proceedings" filed on February 4, 2008, is denied. It is

FURTHER ORDERED that the application is denied and the action is dismissed without prejudice for failure to pay the filing fee.

DATED at Denver, Colorado, this 6 day of March, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-00169-BNB

Fredrick Abram
Prisoner No. 43737
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/7/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk