IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 03 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00169-ZLW

FREDRICK ABRAM,

    Applicant,

v.

KEVIN MILYARD, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## ORDER DENYING MOTION TO RECONSIDER

Applicant Fredrick Abram has filed *pro se* on March 20, 2008, a "Motion to Have Civil Action Number 08-cv-00169 BNB Re-Instated for the Following Reasons." Mr. Abram asks the Court to reconsider and vacate the Court's Order of Dismissal and the Judgment filed in this action on March 7, 2008. The Court must construe the motion liberally because Mr. Abram is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). The Judgment in this action was entered on March 7, 2008. Mr. Abram filed the motion to reconsider within ten days after the Judgment was entered.

*See* Fed. R. Civ. P. 6(a) (time periods of less than eleven days exclude intervening Saturdays, Sundays, and legal holidays). Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

The Court dismissed the instant action without prejudice because Mr. Abram failed to pay the $5.00 filing fee. The Court initially denied Mr. Abram leave to proceed *in forma pauperis* and ordered him to pay the $5.00 filing fee because he had $71.03 in his inmate account when he filed this action. Instead of paying the filing fee, Mr. Abram filed two responses stating that he lacked sufficient funds to pay the filing fee. On March 7, 2008, the Court declined to reconsider the order denying Mr. Abram leave to proceed *in forma pauperis* and dismissed the action without prejudice for nonpayment. The Court reasoned that Mr. Abram had sufficient funds when he filed the action, that an additional $55.37 had been deposited into his account after he was denied leave to proceed *in forma pauperis*, and that he still had $6.12 in his inmate account with which to pay the filing fee. In the motion to reconsider, Mr. Abram asserts that he did not actually have $6.12 in his inmate account when the Court dismissed this action because the money was withdrawn immediately for the purchase of hygiene supplies. He also states that he will pay the filing fee if the Court reinstates this action.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Abram fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action. The three major grounds that justify reconsideration are: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. *See*

2

***Servants of the Paraclete v. Does***, 204 F.3d 1005, 1012 (10th Cir. 2000). Mr. Abram does not allege the existence of any new law or evidence and he fails to convince the Court of the need to correct clear error or prevent manifest injustice. The Court remains convinced that leave to proceed *in forma pauperis* in this action properly was denied. Mr. Abram's intention to now pay the filing fee also does not convince the Court that reconsideration is appropriate. Furthermore, the Court dismissed the instant action without prejudice. If Mr. Abram wishes to pursue his claims, he may do so by filing a new action. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the "Motion to Have Civil Action Number 08-cv-00169 BNB Re-Instated for the Following Reasons" filed on March 20, 2008, is denied.

DATED at Denver, Colorado, this 2 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00169-BNB

Fredrick Abram
Prisoner No. 43737
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4-3-08

                                    GREGORY C. LANGHAM, CLERK

                                    By: _____
                                                  Deputy Clerk