# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00169-ZLW

FREDRICK ABRAM,

      Applicant,

v.

KEVIN MILYARD, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

      Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 1 2008

GREGORY C. LANGHAM
                CLERK

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

Applicant's "Petition for Page Extension" filed on April 4, 2008, is DENIED with leave to refile in the court of appeals if necessary.

Dated: April 11, 2008

Copies of this Minute Order were mailed on April 11, 2008, to the following:

Fredrick Abram
Prisoner No. 43737
Sterling Correctional Facility
PO Box 6000 - Unit 4
Sterling, CO 80751

                              Secretary/Deputy Clerk